MARCH 31, 1950

*United States* v. *American Pistachio Corp.* (No. 4637).—Drawback—Merchandise not conforming to specifications—Molasses. Appeal from C. D. 1198.